IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEAN LOMBARDI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:13-CV-1464-O |
| § | |
| BANK OF AMERICA et al., § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation (the "FCR") of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court **ACCEPTS** the Findings and Conclusions of the Magistrate Judge. The FCR recommended that Intervenor should be granted a final opportunity to address Plaintiff's original claim under Texas Property Code § 51.002(d). There were no objections to the FCR, and Intervenor has since joined in Defendants' pending summary judgment motion. *See* Intervenor's Joinder, ECF No. 132.

Accordingly, it is **ORDERED** that Intervenor's Motion for Partial Summary Judgment (ECF No. 82), filed October 9, 2014, is hereby **DENIED as moot**.

**SO ORDERED** this **18th day** of **May, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE